# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MINNIE DIANE COX, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br>v.<br><br>DISPLAYMAX, INC., and FIXTUREMAX, INC.,<br><br>　　　　　　Defendants. | Case No.: 4:24-cv-12057-SDK-DRG<br><br>Hon. Shalina D. Kumar<br><br>JURY DEMAND |

## NOTICE OF SETTLEMENT

　　Plaintiff Minnie Diane Cox ("Plaintiff") and Defendants Displaymax, Inc. and Fixturemax, Inc. (collectively "Defendants") (together, the "Parties"), through their undersigned counsel, hereby jointly provide the Court a status report with respect to the Parties' settlement negotiations and state as follows:

　　1.　　The Parties have reached a settlement in this case and are currently drafting a Settlement Agreement ("Settlement Agreement") resolving the claims in Plaintiff's Complaint.

　　2.　　The Parties anticipate that Plaintiff will file a Motion for Approval of the Settlement Agreement with the Court by February 13, 2026.

Dated: November 12, 2025

/s/ *Camille Fundora Rodriguez*
Camille Fundora Rodriguez
Michael J. Anderson
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-4635
Facsimile: (215) 875-4604
crodriguez@bergermontague.com
manderson@bergermontague.com

Alexandra K. Piazza
**BERGER MONTAGUE PC**
8241 La Mesa Blvd, Suite A
La Mesa, CA 91942
Telephone: (215) 875-3063
apiazza@bergermontague.com

Adam S. Alexander (P53584)
**ALEXANDER LAW FIRM**
17200 W. Ten Mile, Ste. 200
Southfield, MI 48075
Telephone: (248) 246-6353
Facsimile: (248) 746-3793
adalesq@gmail.com

*Counsel for Plaintiff and the Proposed Collective Members*

Respectfully submitted,

/s/ *Hannah K. Reisdorff (w/ permission)*
Brian D. Shekell (P75327)
Robert N. Dare (P79207)
Hannah K. Reisdorff (P80101)
**CLARK HILL PLC**
500 Woodward Avenue, Suite 3500
Detroit, MI 48226
Telephone (313) 965-8300
bshekell@clarkhill.com
rdare@clarkhill.com
hreisdorff@clarkhill.com

*Counsel for Defendants*

2